USDC SCAN INDEX SHEET










```
RYC    1/5/05    13:07
3:04-CV-01147    PURE BIOSCIENCE V. FALKEN INDUST LTD
*46*
*CLKJGM.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

Case Number: 3:04-cv-01147



Pure Bioscience - PLAINTIFF

v.

Falken Indust Ltd - DEFENDANT

___ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   DECISION BY COURT.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

It is ordered and adjudged that Pure Bioscience's motion for an order compelling arbitration is granted. Falken's motion to dismiss for lack of personal jurisdiction is denied..........

1/5/05

Date

W. Samuel Hamrick, Jr.
Clerk

by R. Chambers, Deputy Clerk

Entered on 1/5/05

pre - Lorenz
ref - Stormes

46