USDC SCAN INDEX SHEET

















APB    5/11/06    10:43

3:04-CV-01147   PURE BIOSCIENCE V. FALKEN INDUST LTD

*56*

*APPJGM.*

*ßR 5/2/06*

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

PURE BIOSCIENCE, fka Innovative
Medical Services,

      Petitioner - Appellee,

V.

FALKEN INDUSTRIES LIMITED, a
New Jersey Corporation,

      Respondent - Appellant.

No.  05-55203

D.C. No.  CV-04-01147-MJL

**JUDGMENT**

**FILED**

MAY _ 8 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

Appeal from the United States District Court for the Southern District of California (San Diego).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 02/24/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 27 2006

by:
Deputy Clerk

ENTERED ON 5/11/06

DOCKETED

ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

PURE BIOSCIENCE, fka Innovative
Medical Services,

        Petitioner - Appellee,

v.

FALKEN INDUSTRIES LIMITED, a
New Jersey Corporation,

        Respondent - Appellant.

No. 05-55203

D.C. No. CV-04-01147-MJL
Southern District of California,
San Diego

ORDER

---

Before: GOODWIN, O'SCANNLAIN and RAWLINSON, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted.

*See United States v. Tanoue*, 94 F.3d 1342, 1344 (9th Cir. 1996) (finding "[A]n

appeal must be dismissed as moot if an event occurs while the appeal is pending

that makes it impossible for the appellate court to grant any effectual relief

whatever to the prevailing party.") (internal citations omitted).

All other pending motions are denied as moot

**DISMISSED**

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 27 2006
by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-55203 Pure Bioscience v. Falken Industries

PURE BIOSCIENCE, fka                Wolfgang Hahn, Esq.
Innovative Medical Services         FAX 858/456-5080
     Petitioner - Appellee          858/535-1000
                                    [COR LD NTC ret]
                                    7160 Caminito Pepino
                                    LaJolla, CA 92037


     v.


FALKEN INDUSTRIES LIMITED, a        Joel S. Seidel, Esq.
New Jersey Corporation              FAX 818/832-7889
     Respondent - Appellant         818/832-7850
                                    [COR LD NTC ret]
                                    9939 Louise Avenue
                                    Northridge, CA 91325